IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Michelle Mathis,                    :

    Plaintiff,               :

  v.                                :     Case No. 2:08-cv-0084

Franklin County Children's
Services, et al.,                   :     JUDGE SMITH

    Defendants.              :

<u>ORDER</u>

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on April 16, 2008. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The federal law claims pleaded in the complaint are dismissed for failure to state a claim, and the state law claims are dismissed without prejudice.  The Clerk is directed to mail a copy of the complaint, the Report and Recommendation and this dismissal order to the defendants.

<u>/s/ George C. Smith</u>
George C. Smith
United States District Judge